BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| VICTOR VIEIRA, )<br>)<br>   Plaintiff, )<br>)<br>       v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security[1], )<br>)<br>   Defendant. )<br>_____) | CIVIL NO.: 2:11-cv-02342-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have up to and including August 19, 2013, to file her response to Plaintiff's Motion for Attorney Fees. This is Defendant's first request for an extension of time to respond to

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Plaintiff's motion. Defendant needs the additional time to prepare a response in this matter due to a
2  heavy workload.
3      Counsel apologizes to the Court for any inconvenience caused by this delay.

|  |  |
|---|---|
| Dated: July 17, 2013 | Respectfully submitted,<br>*/s/ Paul H. Saltzen*<br>(As authorized via telephone on 7/17/13)<br>PAUL H. SALTZEN<br>Attorney for Plaintiff |
| Dated: July 17, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | */s/ Lynn M. Harada*<br>LYNN M. HARADA<br>Special Assistant United States Attorney<br><br>Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

Dated:  July 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE