BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| VICTOR VIEIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security[1],<br><br>    Defendant. | CIVIL NO. 2:11-cv-02342-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that the previously filed Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is hereby withdrawn.  *See* Docket No. 18.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND TWO HUNDRED EIGHTY DOLLARS AND 28/CENTS ($3,280.28), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00).  This amount represents compensation for all legal services rendered on behalf of

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND TWO HUNDRED EIGHTY DOLLARS AND 28/CENTS ($3,280.28), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: August 8, 2013          */s/ Paul H. Saltzen*
                               (As authorized via email on 8/6/13*)*
                               PAUL H. SALTZEN
                               Attorney for Plaintiff

Dated: August 8, 2013          BENJAMIN B. WAGNER
                               United States Attorney
                               DONNA L. CALVERT
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                         By:   */s/ Lynn M. Harada*
                               LYNN M. HARADA
                               Special Assistant United States Attorney
                               Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of THREE THOUSAND TWO HUNDRED EIGHTY DOLLARS AND 28/CENTS ($3,280.28), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS

////
////
////
////

($350.00), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE