1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California  94105
6     Telephone:  (415) 977-8977
      Facsimile:  (415) 744-0134
7     E-Mail: Lynn.Harada@ssa.gov

8  Attorneys for Defendant

9           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
10                SACRAMENTO DIVISION

11 VICTOR VIEIRA,                    )
                                     )   CIVIL NO. 2:11-cv-02342-KJN
12        Plaintiff,                 )
                                     )
13        v.                         )   STIPULATION AND ~~PROPOSED~~ ORDER
                                     )   APPROVING SETTLEMENT OF
14 CAROLYN W. COLVIN,                )   ATTORNEY FEES PURSUANT TO THE
   Acting Commissioner of           )   EQUAL ACCESS TO JUSTICE ACT
15 Social Security[1],               )
                                     )
16        Defendant.                 )
                                     )
17 _____)

18        IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel,

19 that the previously filed Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28

20 U.S.C. § 2412(d), is hereby withdrawn.  *See* Docket No. 18.

21        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

22 subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA, 28 U.S.C.

23 § 2412(d), in the amount of THREE THOUSAND TWO HUNDRED EIGHTY DOLLARS AND

24 28/CENTS ($3,280.28), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND

25 00/CENTS ($350.00).  This amount represents compensation for all legal services rendered on behalf of

26

27        [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
   Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for
28 Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason
   of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

2       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

3  fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

4  Payment of THREE THOUSAND TWO HUNDRED EIGHTY DOLLARS AND 28/CENTS

5  ($3,280.28), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS

6  ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have

7  relating to EAJA fees in connection with this action.  Any payment shall be delivered to Plaintiff's

8  counsel.

9       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

10  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

11

12  Dated: August 8, 2013     */s/ Paul H. Saltzen*
                     (As authorized via email on 8/6/13*)*
13                       PAUL H. SALTZEN
14                       Attorney for Plaintiff

15  Dated: August 8, 2013     BENJAMIN B. WAGNER
                     United States Attorney
16                       DONNA L. CALVERT
                     Acting Regional Chief Counsel, Region IX
17                       Social Security Administration

18               By:  */s/ Lynn M. Harada*
                     LYNN M. HARADA
19                       Special Assistant United States Attorney
                     Attorneys for Defendant

20

21                    ORDER

22       PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney

23  fees in the amount of THREE THOUSAND TWO HUNDRED EIGHTY DOLLARS AND 28/CENTS

24  ($3,280.28), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS

25  ////

26  ////

27  ////

28  ////

($350.00), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced

Stipulation.

Dated:  August 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE